AO 240A

# UNITED STATES DISTRICT COURT

District of New Jersey

EDWARD J. FERNANDEZ,

                    Plaintiff

            V.

ROSE TRUCKING, et al.,

                    Defendants

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

Case Number: 09-4915(KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ **GRANTED, and**

☐   The clerk is directed to file the complaint,   and

☐       IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☒ **DENIED, for the following reasons:** PARAGRAPHS 9 and 10 fail to set forth grounds for a federal cause of action. Paragraph 10 is illegible.

☒ **and the Clerk is directed to close the file.**
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _10th_ day of _November_, 2009

_____
Signature of Judicial Officer

USDJ
_____
Name and title of Judicial Officer